AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

TIMOTHY JAMES VANDERLIN

        Plaintiff,

v.

RENO POLICE DEPARTMENT, *et al*.,

        Defendants.

JUDGMENT

Case Number:  3:23-cv-00158-MMD-CSD
and related case 3:23-cv-00522-MMD-CSD

\_\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_**  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to this court's order filed January 29, 2024 (ECF No. 14) the Second Amended Complaint (ECF No. 15) is dismissed with prejudice.
    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.



Date:  January 30, 2024

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk